**Electronically Filed
Supreme Court
SCWC-20-0000749
17-OCT-2022
08:04 AM
Dkt. 3 ODAC**

SCWC-20-0000749

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PRZEMYSLAW D. MANIECKI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000749; CASE NO. 1DCW-19-002710)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 9, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 17, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

